ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 West Charleston Boulevard
Las Vegas, NV  89117-1401
384-7000
FAX:  385-7000
**E-Mail:  efile@alversontaylor.com**
Attorneys for DEFENDANTS
    Life Care Centers of America;
    Jeni Terwilliger

UNITED STATES DISTRICT COURT

SOUTHERN - DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLES MCGARVEY, heir and Special Administrator of the Estate of NORENE MCGARVEY, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE CARE CENTERS OF AMERICA, INC., a Tennessee Corporation; JENI TERWILLIGER, individually and in her capacity as an administrator; ROES I through V and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. | CASE NO.: <br> 2:09-cv-01133-BES-LRL |

**ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEES**

This matter having come before the Court on the 6th day of July, 2010, and the Court having examined the records and documents on file, and entertained oral argument in the above-

1

17910/DJM

entitled matter and being fully advised in the premises, hereby finds and Orders as follows:

The Court finds that Defendant had an objective reasonable basis to file its notice of removal and therefore, the award of attorney's fees are not warranted.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's fees is **DENIED**.

DATED this __3__ day of August, ~~July,~~ 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV   89117-1401
Attorneys for DEFENDANT
    Life Care Centers of America, Inc.

Approved as to form by:

_____
MICHAEL A. HAGEMEYER, ESQ.
Nevada Bar No. 005344
6094 South Sandhill, Suite 100
Las Vegas, NV   89120
E-Mail: MHagemeyer@aol.com
Attorneys for PLAINTIFF

N:\david.grp\CLIENTS\17910\order denying Pls mtn for atty fees.docx

2

17910/DJM